Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

　　　　Plaintiff(s)

v.

Civil Action No. 07-1329 (RMC)

ALL PROPERTY IN/UNDERLYING E-GOLD
ACCOUNT NUMBER 1359767 AND 1424543

　　　　Defendant(s)

RE: ALL PROPERTY IN/UNDERLYING E-GOLD
ACCOUNT NUMBER 1359767 AND 1424543

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with ✳ and copy of the complaint on October 11, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 2nd day of July, 2008 declared that defendant(s) is/are in default.

✳ a Warrant of Arrest in Rem

NANCY MAYER-WHITTINGTON, Clerk

By: _____
T. Gumiel
Deputy Clerk